# EXHIBIT C

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
11/17/2020 11:21:17 AM
Filing ID 12229266

Person/Attorney Filing: A.J. Mitchell
Mailing Address: 14555 N. Scottsdale Rd. Ste. 170
City, State, Zip Code: Scottsdale, AZ 85254
Phone Number: (480)595-6800
E-Mail Address: ajm@ajmlawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 021244, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Adam Frost, et al.
Plaintiff(s),
v.
Kohl's, Inc.
Defendant(s).

Case No. CV2020-055823

**SUMMONS**

To: Kohl's, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *November 17, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *GABRIELA ROA*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
11/17/2020 11:21:17 AM
Filing ID 12229263

*Law Office of A.J. Mitchell, P.L.C.*
A.J. Mitchell, Esq. (021244)
14555 N. Scottsdale Rd.
Suite 170
Scottsdale, AZ 85254
(480) 595.6800 - Telephone
(480) 595.6966 - Facsimile
*Attorneys for Plaintiffs*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ADAM FROST and JENNEFER FROST, on behalf of their minor daughter, PIPER FROST, <br><br> Plaintiffs, <br><br> v. <br><br> KOHL'S, INC., a foreign corporation, BLACK CORP. I-X; WHITE PARTNERSHIP I-X, JOHN and JANE DOES I-X, <br><br> Defendants. | Case No.: CV2020-055823 <br><br> **COMPLAINT** <br><br> (Negligence/Gross Negligence; Premises Liability) |

Plaintiffs, ADAM FROST and JENNEFER FROST, on behalf of their minor daughter, PIPER FROST, by and through undersigned counsel, state and allege as follows:

**Parties, Jurisdiction and Venue**

1. Plaintiffs ADAM FROST and JENNEFER FROST are husband and wife bringing this claim on behalf of their minor daughter, PIPER FROST, who suffered injuries on July 19, 2019 in Maricopa County, Arizona

1

2. At all relevant times herein, Defendant KOHL'S, INC. ("KOHL'S"), was a foreign corporation licensed and registered to conduct business in Arizona, and has conducted business in Maricopa County, Arizona.

3. Defendants John and Jane Does I-X, Black Corporations I-X, and White Partnerships I-X are those persons and entities whose relationships to the named Defendants or whose acts or omissions give rise to legal responsibility for the damages incurred by Plaintiffs, but whose true identities are, at the present time, unknown to Plaintiffs. These persons and entities hereby are notified of Plaintiffs' intention to join them as defendants if and when additional investigation or discovery reveals the appropriateness of such joinder.

4. All Defendants were either joint tort-feasors with each other and are jointly and severally liable for the acts and omissions described herein or are otherwise secondarily liable for such acts and omissions, or were the agents, servants, and employees of their remaining co-defendants, and each was at all times acting within the scope of said agency, services, and employment.

5. That the events complained of herein occurred in the County of Maricopa, State of Arizona. Thus, jurisdiction and venue are proper in this Court. This matter exceeds the minimum jurisdictional limits of the Superior Court.

6. Pursuant to Rule 8 of the Arizona Rules of Civil Procedure, the characteristics of this case, the relative complexity of the discovery and the nature of the

2

evidence needed to support Plaintiff's claims are of such a nature as to quality as a Tier 2 matter as defined by Rule 26.2(b)(2) of the Arizona Rules of Civil Procedure.

## GENERAL ALLEGATIONS

7. On or about July 19, 2019, at or about 1:30 a.m., Plaintiffs JENNEFER FROST and her minor daughter, PIPER FROST, visited KOHL'S department store located at 1121 E. Baseline Road, Gilbert, Arizona 85233 (the "Premises") to shop.

8. At all relevant times herein, Defendant KOHL'S owned, controlled, possessed and/or maintained the Premises.

9. Plaintiffs JENNEFER FROST and PIPER FROST entered the toddler section of KOHL'S department store.

10. The lower level shelving of clothing for five-year-old children was placed at eye level for a five-year-old child.

11. There were no covers, warnings, barricades, caution tape, color demarcations, or any safety measures on the metal hanger fixture.

12. Plaintiff PIPER FROST was hit in the right eye by an unguarded hook end on a stand-alone children's clothing display.

13. Plaintiff PIPER FROST suffered serious injuries as a result.

## COUNT ONE
## NEGLIGENCE/GROSS NEGLIGENCE

14. PLAINTIFFS repeat and re-allege each of the foregoing allegations as if set forth herein.

15. Defendant KOHL'S had a duty to maintain the Premises in a safe condition.

16. Defendant KOHL'S negligently maintained the Premises and/or created the dangerous condition.

17. Defendant KOHL'S was negligent specifically to PLAINTIFFS, by creating the hazard, failing to conduct reasonable inspection and/or maintenance of the Premises for hazards, by failing to warn PLAINTIFFS of any such hazards, by failing to operate in a way unlikely to cause hazards, and by failing to remedy any such hazards, whether created by Defendants, known by Defendants or that Defendants discover.

18. As a direct and proximate result of the careless, reckless and negligent/grossly negligent acts of Defendants as described above, PLAINTIFF PIPER FROST has been caused to suffer severe, painful, and permanent injuries to her person.

19. As a direct and proximate result of the careless, reckless and negligent/grossly negligent acts of Defendants, as described above, PLAINTIFF PIPER FROST was compelled to obtain the services of physicians and nurses, and to date PLAINTIFFS have incurred bills for such services and treatments. Therefore, PLAINTIFFS will prove amounts of said services and treatments at the time of trial in this matter.

20. As a direct and proximate result of the careless, reckless and negligent/grossly negligent acts of Defendants, as described above, PLAINTIFFS have suffered extreme physical and mental pain and anguish, and continues to suffer such pain and anguish.

21. Upon information and belief, Defendant KOHL'S had knowledge of other injuries to children in the same manner, and Defendant KOHL'S did nothing to safeguard against or remove the dangerous hazard.

## COUNT TWO
## PREMISES LIABILITY

22. PLAINTIFF repeats and re-alleges each of the foregoing allegations as if set forth herein.

23. PLAINTIFFS JENNEFER FROST and PIPER FROST had a legal right to be on the Premises on July 19, 2019.

24. On July 19, 2019, an unreasonably dangerous condition existed on the Premises.

25. Defendants breached its duty to provide PLAINTIFFS with an adequately maintained common area, resulting in the subject incident.

26. Defendants created an unreasonably dangerous condition, knew of, or should have known that an unreasonably dangerous condition existed on its premises, therefore providing Defendants ample notice to take action to remedy the unreasonably dangerous condition.

27. As a result of Defendants' failure to warn of the dangerous condition, failure to remedy the dangerous condition and/or creating the dangerous condition, PLAINTIFF PIPER FROST sustained severe and permanent injuries.

28. Defendants knew or should have known that the condition could create an unreasonable risk of harm to PLAINTIFF PIPER FROST.

29. As a direct and proximate result of the careless, reckless and negligent acts of Defendants as described above, PLAINTIFF PIPER FROST has been caused to suffer severe, disabling, and painful injuries to her person. Therefore, PLAINTIFFS will prove amounts of said damages at the time of trial in this matter.

30. As a direct and proximate result of the careless, reckless and negligent acts of Defendants as described above, PLAINTIFF PIPER FROST was compelled to obtain the services of physicians and nurses, and to date PLAINTIFFS has incurred bills for such services and treatments. Therefore, PLAINTIFFS will prove amounts of said services and treatments at the time of trial in this matter.

31. As a direct and proximate result of the careless, reckless and negligent acts of Defendants as described above, PLAINTIFF PIPER FROST has suffered extreme physical and mental pain and anguish. Therefore, PLAINTIFFS will prove amounts of said damages at the time of trial in this matter.

**WHEREFORE**, Plaintiffs prays for judgment against Defendants, for the following:

A. For compensatory damages in a reasonable and appropriate amount;

B. For Plaintiff's costs and expenses for prosecuting this matter;

C. For Pre- and post-judgment interest at the highest rate;

D. For punitive damages if Plaintiff proves Defendant(s) acted in reckless disregard for the safety of others;

E. For such further relief, orders and injunctions as the Court deems appropriate.

RESPECTFULLY SUBMITTED this 17th day of November, 2020.

                                                ***LAW OFFICE OF A.J. MITCHELL, P.L.C.***

                                                */s/ A.J. Mitchell*
                                                A.J. Mitchell
                                                14555 N. Scottsdale Rd.
                                                Suite 170
                                                Scottsdale, AZ 85254
                                                (480) 595.6800 - Telephone
                                                (480) 595.6966 - Facsimile
                                                Attorneys for Plaintiffs

Clerk of the Superior Court
*** Electronically Filed ***
G. Roa, Deputy
11/17/2020 11:21:17 AM
Filing ID 12229265

Person/Attorney Filing: A.J. Mitchell
Mailing Address: 14555 N. Scottsdale Rd. Ste. 170
City, State, Zip Code: Scottsdale, AZ 85254
Phone Number: (480)595-6800
E-Mail Address: ajm@ajmlawoffice.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 021244, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Adam Frost, et al.<br>Plaintiff(s),<br>v.<br>Kohl's, Inc.<br>Defendant(s). | Case No. CV2020-055823<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: A.J. Mitchell /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #5158663

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
G. Roa, Deputy
11/17/2020 11:21:17 AM
Filing ID 12229264

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

**Plaintiff's Attorney:**
A.J. Mitchell
Bar Number: 021244, issuing State: AZ
Law Firm: Law Office of A.J. Mitchell, PLC
14555 N. Scottsdale Rd. Ste. 170
Scottsdale, AZ 85254
Telephone Number: (480)595-6800
Email address: ajm@ajmlawoffice.com

CV2020-055823

**Plaintiffs:**
Adam Frost

Jennefer Frost

**Defendant:**
Kohl's, Inc.

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZturboCourt.gov Form Set #5158663

| Attorney or Party without Attorney:<br>A.J. MITCHELL (#021244)<br>LAW OFFICE OF AJ MITCHELL PLC<br>14555 N Scottsdale Rd Suite 170<br>Scottsdale, AZ 85254<br>Telephone No: | | | | For Court Use Only<br>CLERK OF THE<br>SUPERIOR COURT<br>RECEIVED NE LOBBY<br>DOCUMENT DEPOSITORY |
|---|---|---|---|---|
| Attorney For: Plaintiff | | Ref. No. or File No.: FROST | | 2020 DEC -7 PM 12:08<br>BY P. KAVANAGH, DEP |
| Insert name of Court, and Judicial District and Branch Court:<br>MARICOPA COUNTY SUPERIOR COURT | | | | |
| Plaintiff: ADAM FROST; ET AL.<br>Defendant: KOHL'S, INC.; ET AL. | | | | |
| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2020-055823 |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION

3. a. Party served:    KOHL'S, INC.
   b. Person served:   Mea Roland, office manager

4. Address where the party was served:   3260 N Hayden Rd # 210, Scottsdale, AZ 85251

5. I served the party:
   a. by substituted service.   On: Tue, Dec 01 2020 at: 12:19 PM by leaving the copies with or in the presence of:
        Mea Roland, office manager , African American , Female , Age: 30s , Hair: Black .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $21.19, Mileage: $38.40, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $69.59

   I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Zachary Mueller MC-8735, Maricopa County;
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

   12/07/2020
   (Date)                           (Signature)

7. STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 07 day of December, 2020 by
   Zachary Mueller (MC-8735, Maricopa County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)




AFFIDAVIT OF
SERVICE

5110695
(10421909)